**Order filed December 31, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00221-CR
_____

## THOMAS EUGENE THOMPSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR44770**

## O R D E R

This appeal has become unduly stalled due to the failure of Appellant's court-appointed counsel, Paul K. Williams, to file an appellate brief. Appellant's brief was originally due on November 18, 2015. On this court's own motion, this court granted an extension of time to file Appellant's brief and extended the deadline to December 10, 2015. We have heard nothing from Appellant, and Appellant's brief

has yet to be filed in this court.  We note also that, despite several notices from the clerk of this court, Appellant has yet to file a docketing statement.

By this order, Paul K. Williams is **ORDERED** to file in this court a brief on behalf of Appellant and a docketing statement on or before **5:00 p.m. on Monday, January 11, 2016**.  At that time, Appellant's brief and docketing statement shall have already been e-filed or be present in the portal for the Eleventh Court of Appeals through eFileTexas.gov.


PER CURIAM


December 31, 2015

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.